DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

4 OCTOBER 2012

| | | | |
|---|---|---|---|
| 024PA12 | Dewey D. Mehaffey, Employee v. Burger King, Employer Liberty Mutual Group, Carrier | Def'-Appellees' Motion to Deem Brief Timely Filed | Allowed |
| 033PA12 | Mark W. White v. Robert J. Trew | Def's Motion for Leave to File Reply Brief | Allowed **09/27/12** |
| 052P01-3 | State v. Matthew James Rogers | Def's *Pro Se* PWC to Review Order of COA (COAP12-702) | Dismissed |
| 061PA12 | State v. Traven Marquette Lee | Def's Motion for Leave to File Reply Brief | Allowed **09/25/12** |
| 104P11-2 | State v. Titus Batts | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **09/12/12** |
| 133P12 | Town of Nags Head v. Cherry, Inc. | 1. Plt's NOA Based Upon a Constitutional Question (COA11-931)<br><br>2. Plt's PDR Under N.C.G.S. § 7A-31<br><br>3. Plt's Motion to Amend PDR | 1. Dismissed *ex Mero Motu*<br><br>2. Denied<br><br>3. Allowed |
| 141P10 | State v. Kerry McKinley Hough | 1. Def's NOA Based Upon a Constitutional Question (COA09-790)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. State's Motion to Dismiss<br><br>4. Def's Motion to Ame)nd NOA & PDR | 1.- - -<br><br>2. Allowed<br><br>3. Allowed<br><br>4. Allowed<br><br>**Jackson, J., Recused** |